UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                                    CASE NO.  3:01cr74LAC

WALTER K. GOTHARD

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  March 15, 2006
Motion/Pleadings:  MOTION FOR LEAVE OF COURT TO ENTER A PLEA OF GUILTY IN ABSENTIA
Filed by  DEFENDANT PRO SE            on 3/1/06           Doc.# 55
RESPONSES:
GOVERNMENT                                  on 3/16/06          Doc.# 56
                                             on                  Doc.#

_____  Stipulated       _____  Joint Pldg.
_____  Unopposed        _____  Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                *s/Mary Maloy*
LC (1 OR 2)                                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2006, that:*

*(a) The relief requested is* ***DENIED.***

*(b)* _____

                                                *s/L.A. Collier*
                                                _____
                                                ***LACEY A. COLLIER***
                                                ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.